# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER, JUDGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 02cr0825 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| RODRIGO BEDOLLA, JR., | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, based upon the foregoing motion and good cause shown, that defendant Rodrigo Bedolla's supervised release be terminated.

**SO ORDERED.**

DATED: December 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge